# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEE TIMPONE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:16-cv-09620-SK<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the decision of the Administrative Law Judge is REVERSED and REMANDED for further proceedings.  Judgment is entered in Plaintiff's favor.

Date: July 14, 2022　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE