UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEE TIMPONE | CASE NO.: 2:16-CV-9620 |
| SSN: XXX-XX-2732 | **ORDER** |
| Plaintiff, | |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendants. | |

The Court, having considered Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act (EAJA); and good cause appearing;

IT IS HEREBY ORDERED that the Commissioner of the Social Security Administration shall pay Plaintiff's counsel, as Plaintiff's assignee, $14,824.75 in attorney fees and $505.00 in filing costs under 28 U.S.C. § 1920.

DATED this _____20th_____ day of ____September____, 2022

HON. STEVE KIM
U.S. MAGISTRATE JUDGE